STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07 CIV.8052    AND FILED ON

WEST 20TH ENTERPRISES CORP., ET AL

Vs.

THE CITY OF NEW YORK

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
COUNTY OF WESTCHESTER ) SS
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/21/2007 at 11:19AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND JUDGE'S RULES AND ELECTRONIC FILING Rules

Party Served: THE CITY OF NEW YORK    (herein called recipient) therein named.

At Location: CORPORATION COUNSEL
100 CHURCH STREET, 6TH FLOOR
NEW YORK NY

By delivering to and leaving with TAMEKA MENDES-GAMMON and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: BLACK    Color of Hair: BLACK
Age: 27    Height: 5'6"
Weight: 130    Other Features:

Sworn to before me on 9/24/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public

Eric Averbach
Server's License#: 918927

20/0