UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

WEST 20TH ENTERPRISES CORP. and SELIM ZHERKA,

                              Plaintiffs,

        - against -

The CITY OF NEW YORK,

                              Defendant.

**NOTICE OF APPEARANCE**

07 Civ. 8052
(KMK)(LMS)

-------------------------------------------------------------------------------x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that MICHAEL A. CARDOZO, Corporation Counsel of the City of New York, hereby appears as attorney of record herein on behalf of the defendant, the CITY OF NEW YORK.  Defendant respectfully requests that the undersigned attorney receive notice of all docket events via the Electronic Case Filing system, and further requests that all documents that are to be served by delivery be served upon the undersigned attorney at the New York City Law Department (Administrative Law Division), 100 Church Street, New York, NY  10007.

Dated:    New York, New York
             October 4, 2007

                                     MICHAEL A. CARDOZO
                                     Corporation Counsel of the City of New York

                              By:  _____
                                   LOUISE MOED (LM 7442)
                                   Assistant Corporation Counsel
                                   100 Church Street (Admin. Law Div.)
                                   New York, NY  10007
                                   (212) 788-0768 phone
                                   (212) 791-9714 fax
                                   LMOED@LAW.NYC.GOV