

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED: _____    │
└─────────────────────────────┘
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

LOUISE A. MOED
Phone: (212) 788-0768
Fax: (212) 791-9714
LMOED@LAW.NYC.GOV

**MEMO ENDORSED**

May 22, 2008

The Honorable Kenneth M. Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street (Chambers 533)
White Plains, NY 10601-4150

                Re:    West 20th Enterprises Corp. v. City of New York
                        07 Civ. 8052 (KMK)(LMS)

Your Honor:

        I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, who is assigned to handle the above-referenced case. I have just received the Court's notification of the scheduling of a Rule 16 conference on Friday, June 27, 2008. I will be out of town from Thursday, June 26, through Sunday, July 6.

        I have compared my schedule with that of plaintiff's counsel, Jonathan Lovett. We are both available for this conference on Tuesday, June 24; Tuesday, July 8; Wednesday, July 9; and Friday, July 11.

        In addition, on the basis that the round-trip travel time for me to attend the conference in White Plains is four hours, I wish to request permission to participate in this conference by telephone.

        I have not requested any prior adjournments.

*[Handwritten:]* The conference will be held on July 8, 2008, at 10:30 am.

SO ORDERED.
/s/ KENNETH M. KARAS U.S.D.J.
5/28/08

Respectfully submitted,

*Louise Moed*

Louise A. Moed (LM 7442)
Assistant Corporation Counsel

cc: Jonathan Lovett, attorney for plaintiffs