UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

West 20th Enterprises Corp.,

        Plaintiff(s),        07 Civ. 8052 (KMK) (LMS)

-against-        ORDER OF REFERENCE
        TO A MAGISTRATE JUDGE

The City of New York,

        Defendant(s).

----------------------------------------X

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: July 10, 2008

        SO ORDERED

        Hon. Kenneth M. Karas
        United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```