**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                      July 28, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8052(KMK)(LMS)

Jonathan Lovett
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

Louise Althea Moed
NYC Law Department, Office of the Corporation Counsel
100 Church Street
New York, NY 10007

The matter of      **WEST 20TH-V-CITY OF NY**      has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **August 14, 2008** at 10:30AM in Courtroom 420.

Notify all other parties of this schedule immediately.

*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                  July 28, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
07CV8052(KMK)(LMS)

Jonathan Lovett
Lovett & Gould
222 Bloomingdale Road - Suite 305
White Plains, NY 10605

Louise Althea Moed
NYC Law Department, Office of the Corporation Counsel
100 Church Street
New York, NY 10007

    The matter of      **WEST 20TH-V-CITY OF NY**    has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **August 14, 2008** at 10:30AM in Courtroom 420.

    Notify all other parties of this schedule immediately.

    *Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED: _____
                    Hon. Lisa Margaret Smith
                    U.S.M.J.